Thomas W. SAMMONS, Defendant Below, Appellant,

v.

STATE of Delaware, Plaintiff Below, Appellee.

No. 597, 2016

Supreme Court of Delaware.

Submitted: August 16, 2017

Decided: August 16, 2017

Court Below—Superior Court of the State of Delaware, Cr. ID No. 1107004907 (K)

AFFIRMED.

Unique T. LOPER, Defendant Below–Appellant,

v.

STATE of Delaware, Plaintiff Below–Appellee.

No. 7, 2017

Supreme Court of Delaware.

Submitted: July 12, 2017

Decided: August 18, 2017

Court Below: Superior Court of the State of Delaware, Cr. ID 1602006156 (N)

GRANTED. AFFIRMED.

Curtis J. BROWN, Defendant Below–Appellant,

v.

STATE of Delaware, Plaintiff Below–Appellee.

No. 59, 2017

Supreme Court of Delaware.

Submitted: August 16, 2017

Decided: August 17, 2017

Court Below: Superior Court of the State of Delaware, Cr. I.D. No. 1502004036 (N)

AFFIRMED.

Kenneth SWANSON, Defendant Below–Appellant,

v.

STATE of Delaware, Plaintiff Below–Appellee.

No. 114, 2017

Supreme Court of Delaware.

Submitted: August 7, 2017

Decided: August 21, 2017

Court Below—Superior Court of the State of Delaware, Cr. ID 1604003093 (N)

GRANTED. AFFIRMED.